In the Matter of the Accounting of ABRAHAM N. LEVY, as Committee of the Estate of ANDREW TRAULKO, an Incompetent Person, Respondent.

EMANUEL B. COHEN, Appellant.

(Argued March 18, 1930; decided April 1, 1930.)

*Harris Berlack* and *Frank Aranow* for appellant.

*William A. Gillcrist, James A. Clark* ánd *Abraham N. Levy* for respondent.

Order of the Appellate Division and that of the Special Term reversed and application denied, on the ground that the vacated orders were made by a court having jurisdiction of the subject-matter and the parties, and constitute a protection to the committee for all acts done in good faith thereunder; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.